1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT FOR THE
7                 EASTERN DISTRICT OF CALIFORNIA
8
9   UNITED STATES OF AMERICA,
10                Plaintiff,
                                    CR. NO. S-06-0496 EJG
11          v.
                                    ORDER DENYING MOTION FOR COURT
12  RICARDO FLAMINGO SAINZ,         DATE
13                Defendant.
    _____/
14

15      Defendant, a federal prisoner proceeding pro se, has filed a
16  document entitled, "Motion, Request for Court Date in Relations
17  to Criminal Monetary Penalties."  For the reasons that follow,
18  the motion is DENIED.
19      Defendant was convicted June 27, 2008, pursuant to his pleas
20  of guilty, of one count of conspiracy to commit bank fraud and
21  credit application fraud, one count of bank fraud and attempted
22  bank fraud, and one count of aggravated identity theft.  The
23  crimes involved the use of fraudulent identification information
24  and stolen social security numbers to obtain lines of credit,
25  resulting in the purchase of a luxury automobile, costing in
26                              1

excess of $36,000. Defendant was sentenced September 5, 2008 to a term of 42 months imprisonment, three years supervised release and restitution of $33,216.73.  As part of his plea agreement, defendant waived his rights to appeal and collaterally attack his convictions and sentence.

Now, three years after his conviction, defendant writes to the court requesting a hearing to discuss the matter of "unjust restitution", stating his belief that the victim, Golden Credit Union, is being overpaid.  As noted, defendant has waived his rights to appeal and collaterally attack his convictions and his sentence.  Moreover, even in the absence of a waiver, the time for appeal and collateral attack have long passed.  Lastly, were defendant to discover an appropriate procedural vehicle for raising this issue, his belief that the crime victim is being overpaid is both conclusory and unsupported.  Accordingly, for all these reasons, the motion for a court hearing is DENIED.

IT IS SO ORDERED.

Dated: September 9, 2011

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT

2